Jesse Ortiz (SBN 176450)
**Ortiz Law Group P.C.**
1510 J Street, Ste. 100
Sacramento, CA 95814
Phone: (916) 443-9500
Fax:     (916) 443-9501
Jesse@jesseortizlaw.com

Attorney for Defendant
ALEJANDRO ESTRADA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                          )<br>              Plaintiff,           )<br>                                          )<br>     v.                                 )<br>                                          )<br>                                          )<br>                                          )<br>                                          )<br>ALEJANDRO ESTRADA       )<br>                                          )<br>              Defendant.        )<br>                                          )<br>                                          )<br>                                          ) | Case No.:  2:20-cr-00165-TLN<br><br>**DEFENDANT'S EMERGENCY MOTION FOR TEMPORARY RELEASE AND [PROPOSED] ORDER FOR TEMPORARY RELEASE**<br><br>DATE:      March 12, 2021<br>TIME:       2:00 p.m.<br>COURT:    Hon Jeremy Peterson |

     Alejandro Estrada, by and through his attorney, Jesse Ortiz, respectfully moves the Court for an order granting temporary release to attend a viewing of his deceased mother at the Affordable Cremation and Funeral Center located at 4750 Beloit Drive, Sacramento, Ca. Mr. Estrada is being housed at the Sacramento County Main jail on charges involving alleged distribution of methamphetamine.

     On March 2, 2021, Mr. Estrada's mother, Orticia Flores, passed away. Mr. Estrada was very close to his mother. Counsel has verified the aforementioned death of Mr. Estrada's mother through other family members. Further, Counsel has verified that Ms. Flores' cremation arrangements are being handled by Affordable Cremation and Funeral Center.

     Counsel has been informed that Ms. Flores' body will be prepared for viewing from 10am to 1pm on March 15, 2021 at Affordable Cremation and Funeral Center.

James Conolly, the Assistant United States Attorney assigned to this case, moved for detention at the time of Mr. Estrada's initial appearance and maintains his position for detention generally. However, given the circumstances, Mr. Conolly has informed counsel that he is open to listening to options regarding security especially since the release would only be for a very limited amount of time.

Mr. Estrada's request is for a temporary release to the custody of attorney Andres Salas for travel purposes, Mr. Salas is an associate of Jesse Ortiz. The release would occur on March 15, 2021, at 9:30 a.m. Mr. Salas would maintain custody of Alejandro Estrada for the entire period of temporary release and would return him to the Sacramento County Main Jail on March 15, 2021, before 1:30 p.m.

Mr. Estrada will be placing himself in significant jeopardy if he fails to return to the custody of the Sacramento County Main Jail. Given the fact that this will be the last time he will be able to pay respects to his mother before she is cremated, he requests that this court grant his temporary release from 9:30 am to 1:30 pm on March 15, 2021.

Dated: March 10, 2021                                  Respectfully submitted,

                                                       __/s/ Jesse Ortiz_____

                                                       Jesse Ortiz
                                                       **Ortiz Law Group P.C.**
                                                       Attorney for Defendant Alejandro Estrada

**ORDER**

GOOD CAUSE APPEARING TO EXIST, the Court orders the following:

1. Alejandro Estrada shall be released from the Sacramento County Main Jail, on a "Temporary Out" on March 15, 2021, at 9:30 a.m., to the temporary custody of Attorney Andres Salas, who has agreed to act as third-party custodian during the temporary release so that Mr. Estrada can attend a viewing of his deceased mother, Orticia Flores, at Affordable Cremation and Funeral located at 4750 Beloit Drive, Sacramento, CA.
2. Mr. Estrada shall remain in the third-party custody of Andres Salas during the entirety of his release and he shall be returned to the Sacramento County Main Jail before 1:30 pm on March 15, 2021. Attorney Andres Salas shall immediately inform the Sacramento Federal Pre Trial Services Office of any non-compliance by Mr. Estrada.

Date: March 12, 2021

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE